FILED
May 5, 2015
Third Court of Appeals
Jeffrey D. Kyle
Clerk

Court of Appeals
Third District of Texas

Shaine Carl Cagle,
    Appellant,

v.

Donna Gail Andrews,
    Respondant,
And
Sarah Louis Cagle the child

RECEIVED
MAY 0 5 2015
THIRD COURT OF APPEALS
JEFFREY D. KYLE

Cause No. 03-14-00636-CV

Motion Requesting Expeditious Ruling,
Motion Requesting Status.
Motion Requesting Docket (Court of Appeals)

Honorable Court

Comes now the Appellant in the above titled cause, Around 3/11/15 Appellant recieved notice from the court that he'd been ordered to file a brief due 2/17/15. Appellant, recieved no such order. On 3/16/15 Appellant notified this Court of this fact. He also filed a Motion for status on 3/16/15 regarding his Motion to Vacate default judgement, Motion requesting Attorney and Gaurdian ad litum be appointed to Sarah Louise the child in this dispute, Motion requesting the County Court docket, Motion requesting the original application for divorce by Respondant and Notice of extent to request future Discovery. Appellant, also filed a Notice to the Court of Respondants Fraudulent filing of a Joint 2013 tax return for financial gain with a sworn Declaration and evidence exhibits 12 pages. on 3/11/15 The Motion to vacate and 4 other requests above were filed on January 27th 2015. 62 pgs.

To date Appellant, has recieved NO response from the Court regarding any of the Appellants, Communications since January 14th 2015. Has the Court recieved these 6 or 7 filings?

Appellant, respectfully requests the expeditious Ruling of all Motions before the Court filed by Appellant since January 27th 2015 and requests the Court notify him of the status of these Motions being recieved and filed Please, with respect. Appellant, requests the Court order the clerk of this Court Provide a docket of all communications to the Court regarding this Action to date to the Appellant, Respectfully submittes this 29th Day of April 2015.

Shaine Cagle
Appellant/Pro Se/In Forma
A Prisoner  Pauperis

# Certificate of Service

Dear clerk,

Appellant is Pro se and indigent. I'm in no way accessible to forward copy the foregoing. Please copy forward stamped filed on my behalf to the foregoing parties.

Kindest Regards
Shaine Cagle

The Court                                    original

Respondant Counsel for Donna Andrews-Drunn
Kimberly Ashby Esq.                          1 Copy
1008 Berry St.
Llano, TX. 78643

Appellant
Shaine Cagle ADC# 079874                     1 copy
ASPC Eyman/Cook unit
P.O. Box 3200
Florence, Az. 85132



INMATE MAIL: ARIZONA DEPARTMENT OF CORRECTIONS

Inmate _Cagle Shane_

ADC # _079894_

Arizona State Prison Complex _Eyman_

Unit _Cook_

P.O. box 3420

City _Florence_ AZ _85132_

LEGAL MAIL
[illegible]

Indigent Legal Mail

78711菱2547

Court of Appeals
Third District of Texas
P.O.Box 12547
Austin, Texas 78711 -2547

PRESORTED
FIRST CLASS

UNITED STATES POSTAGE
PITNEY BOWES
02 1M $ 00.48°
0004239340    MAY 01 2015
MAILED FROM ZIP CODE 85132